

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2021

No. 04-20-00549-CV

**IN RE J.I.P., A.R.P., S.R.P., I.S.P., AND F.A.P., CHILDREN**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02732
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is granted. We order appellant's brief due **January 18, 2021**. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2021.

_____
Michael A. Cruz,
Clerk of Court